# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA YOUNG,<br>　　　　　Plaintiff,<br>　　v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>　　　　　Defendant. | Case No. 5:23-cv-02378-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: October 2, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　United States Magistrate Judge